IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER BLAKE and JAMES ORKIS, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiffs, | : : | No. 13-6433 |
| v. | : : | |
| JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., and CROSS COUNTRY INSURANCE COMPANY, | : : : : : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW**, this 26th day of April, 2017, upon consideration of the plaintiffs' Motion for Leave to File First Amended Class Action Complaint (Docket No. 34), the defendants' Response in Opposition (Docket No. 35), the plaintiffs' Reply (Docket No. 39), the plaintiff' Notice of Supplemental Authority (Docket No. 40), the defendants' Response (Docket No. 41), the defendants' Notice of Supplemental Authority (Docket No. 42), the plaintiffs' Response (Docket No. 43), the defendants' Notice of Supplemental Authority (Docket No. 44), and the plaintiffs' Response (Docket No. 45), it is hereby **ORDERED** that Motion for Leave to File First Amended Class Action Complaint is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The Motion is **GRANTED** with respect to the RESPA claim in Count Three.

2. The Motion is **DENIED** with respect to the RICO claims in Counts One and Two.

3. The Clerk of Court is directed to docket the plaintiffs' proposed amended complaint (Docket No. 34-2) as "Plaintiffs' First Amended Class Action Complaint."

4. The defendants may respond to the plaintiffs' first amended class action complaint, in accordance with the Federal Rules of Civil Procedure, by filing either an answer or motion within 21 days of the date that the Clerk of Court dockets the first amended class action complaint.[1]

.

                              BY THE COURT:

                              ***/s/ Lawrence F. Stengel***
                              LAWRENCE F. STENGEL, J.

---

[1] In accordance with this Order, any RICO claims shall be stricken with prejudice from the plaintiffs' first amended class action complaint.