# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER BLAKE and JAMES ORKIS, individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Civil Action No. 5:13-cv-06433 |
| v. | Oral argument requested |
| JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., and CROSS COUNTRY INSURANCE COMPANY, | |
| Defendants. | |

## DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co, and Cross Country Insurance Company ("Defendants") respectfully move the Court for an order dismissing Plaintiffs' claims with prejudice. The grounds for Defendants' Motion to Dismiss are set forth in the accompanying Memorandum of Law. A Proposed Order also is attached.

Respectfully Submitted

By: /s/ _____

Matthew P. Previn (*pro hac vice*)
Ann D. Wiles (*pro hac vice*)
**Buckley Sandler LLP**
1133 Avenue of the Americas, Suite 3100
New York, NY 10036
Tel: (212) 600-2400
Fax: (212) 600-2405
mprevin@buckleysandler.com
awiles@buckleysandler.com

and

Samuel W. Braver
Pa. ID #19682
Samantha L. Southall
Pa. ID #80709
**Buchanan Ingersoll & Rooney PC**
301 Grant Street – 20th Floor
One Oxford Centre
Pittsburgh, PA  15219-1410
Tel: (412) 562-8800
Fax: (412) 562-1041
samuel.braver@bipc.com
samantha.southall@bipc.com

*Attorneys for JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., JPMorgan Chase & Co, and Cross Country Insurance Company.*