## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| **CHRISTOPHER BLAKE and** | : | **CIVIL ACTION** |
| **JAMES ORKIS, individually and on** | : | |
| **behalf of all others similarly situated,** | : | |
| **Plaintiffs,** | : | **No. 13-6433** |
| | : | |
| **v.** | : | |
| | : | |
| **JPMORGAN CHASE BANK, N.A.,** | : | |
| **CHASE BANK USA, N.A.,** | : | |
| **JPMORGAN CHASE & CO., and** | : | |
| **CROSS COUNTRY INSURANCE** | : | |
| **COMPANY,** | : | |
| **Defendants.** | : | |

## O R D E R

**AND NOW,** this 28th day of March, 2018, upon consideration of the defendants,

JP Morgan Chase Bank, N.A., Chase Bank USA, N.A., JP Morgan Chase & Co., and

Cross Country Insurance Company's motion to dismiss the amended complaint (Doc. No.

52), the plaintiffs' response in opposition (Doc. No. 55), defendants' reply (Doc. No. 56),

defendants' notice of supplemental authority (Doc. No. 61), and plaintiff's response to

defendants' supplemental authority (Doc. No. 62), **IT IS HEREBY ORDERED** as

follows:

1) Defendants' motion to dismiss Count Three of the Amended Complaint is

    granted with prejudice;

2) Defendant's motion to dismiss Count Four of the Amended Complaint is

    granted without prejudice; and

3) Plaintiff's motion for leave to file a sur reply (doc. No. 57) is denied as moot.


                                  BY THE COURT:


                                  */s/ Lawrence F. Stengel*
                                  LAWRENCE F. STENGEL, C.J.