IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| **CHRISTOPHER BLAKE and** | : | CIVIL ACTION |
| **JAMES ORKIS, individually and on** | : | |
| **behalf of all others similarly situated,** | : | |
| **Plaintiffs,** | : | No. 13-6433 |
| | : | |
| v. | : | |
| | : | |
| **JPMORGAN CHASE BANK, N.A.,** | : | |
| **CHASE BANK USA, N.A.,** | : | |
| **JPMORGAN CHASE & CO., and** | : | |
| **CROSS COUNTRY INSURANCE** | : | |
| **COMPANY,** | : | |
| **Defendants.** | : | |

# **O R D E R**

**AND NOW,** this 23rd day of May, 2018, upon consideration of the plaintiffs' motion for reconsideration (Doc. No. 65), and the defendants' response in opposition thereto (Doc. No. 72), and for the reasons discussed in the accompanying memorandum of law, IT IS HEREBY ORDERED that the motion is DENIED.

IT IS FURTHER ORDERED that upon consideration of plaintiffs' motion for intervention of James Dudley and Samantha Dudley (Doc. No. 66), and defendants' response in opposition (Doc. No. 73), the plaintiffs' motion is DENIED.

IT IS FURTHER ORDERED that plaintiffs' motion to file a reply (Doc. No. 77) is DENIED as moot.

BY THE COURT:

 /s/ **_Lawrence F. Stengel_**
LAWRENCE F. STENGEL, C. J.