UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER BLAKE and JAMES ORKIS, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE BANK USA, N.A., JPMORGAN CHASE & CO., and CROSS COUNTRY INSURANCE COMPANY,<br><br>               Defendants. | Civil Action No.: 13-06433 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Christopher Blake and James Orkis (collectively "Plaintiffs"), in the above-captioned action, on behalf of themselves and a putative class of all others similarly situated, hereby appeal to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion (Dkt. No. 63) and Order (Dkt. No. 64) entered on March 28, 2018 granting Defendants' Motion to Dismiss (*see* Exhibits 1 and 2 attached hereto).[1]

Dated: June 18, 2018

Respectfully submitted,

**KESSLER TOPAZ**
   **MELTZER & CHECK, LLP**

By: /s/ Terence S. Ziegler
Joseph H. Meltzer
Terence S. Ziegler
Natalie Lesser
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

---

[1] The Notice of Appeal is timely based on the filing of a motion for reconsideration which was denied on May 23, 2018 (ECF No. 80). *See* FED. R. APP. P. 4(a)(4).

1

**BRAMSON PLUTZIK MAHLER &
BIRKHAEUSER LLP**
Alan R. Plutzik
2125 Oak Grove Boulevard, Ste. 120
Walnut Creek, California 94598
Telephone: (925) 945-0200

**BERKE, BERKE & BERKE**
Ronald J. Berke
420 Frazier Avenue
Chattanooga, Tennessee 37402
Telephone: (423) 266-5171

*Attorneys for Plaintiffs and the Proposed Classes*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 18, 2018, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

                */s/ Terence S. Ziegler*
                Terence S. Ziegler